# Incident/Investigation Report

| Agency: CCPD | Case Number: 1803220017 | Date: 05/16/2019 08:44:27 |
|---|---|---|

## Narrative

On 03/22/2018 at approximately 0515 hours, I Officer D. Gilliam #12918 was dispatched to 2914 Masterson to assist with an Unknown LE/ Emergency backup call. The original call came in as a disturbance at approximately 0323 hours. The call notes stated that an unknown male was banging on the front door of the residence, yelling for help. At approximately 0327 hours, the call updated that the unknown male was injured and that a gun was involved.

I arrived at the location and was advised by officers on scene of the events that occurred prior to my arrival.

S/O P. Ybarra #8433 and Officer D. Robbins #14629 were the first officers on scene. They advised me that when they arrived, they located (OF) Gerardo Contreras on the side of the residence. Due to the fact that the call stated a gun was involved, they approached Contreras with guns drawn and gave verbal commands for him to lay on his stomach and keep his hands out. After verbal commands were ineffective, S/O Ybarra attempted to effect an arrest by going hands on with the subject. A struggle ensued as S/O Ybarra and Officer Robbins tried to place Contreras into custody. Contreras continued to pull away from officers and not obey commands to place his hands behind his back. S/O Phillip Martinez #11281 arrived on scene and assisted the other officers. Officers continued to give verbal commands and began using compliance strikes to gain control of Contreras. After compliance strikes were showing to be ineffective as well, Officer Robbins deployed her taser. The taser did not have the desired effect and officers continued to struggle with Contreras on the ground until they were able to get his hands behind his back and into handcuffs. Shortly after taking Contreras into custody, officers realized Contreras was not breathing and immediately called for medics. Contreras was initially transported to Spohn South Hospital and later transported to Spohn Shoreline Hospital. At the time of report, Contreras was listed in critical condition at Spohn Shoreline.

The homeowner, (VI) Choongfar Too was contacted. Too provided home surveillance video of Contreras on his front porch prior to officers arrival. Contreras was banging on the front door and screaming for help. While causing the disturbance on the front porch, Contreras damaged decorative pots that were out there. The damage to the decorative pots was estimated at $100.

Officers canvassed the area to see if any of the nearby homes also had surveillance cameras. While canvassing the area, S/O L. Jackson #4564 observed that the front door of 2914 Masterson was slightly opened. Officers conducted a protective sweep of the residence to see if it had possible been burglarized or if any other victims or offenders were inside. No subjects were located inside the residence. A wallet on the counter in the residence contained identifying information for Contreras. A metal pipe was also located in a bathroom inside the residence.

A crime scene was established and Officer A. Breedlove #11309 started a crime scene log. S/O S. Beletic #8724 later took over the crime scene log and it was eventually tagged as evidence by S/O B. Gaines #1979.

CID and CSI were called out to process the scene and continue the investigation. Involved officers and witnesses were transported to Main Station to give statements.

Please see individual officer`s Supplemental Reports for more details.