IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARIA D. CONTRERAS, *as Representative of the* ESTATE OF GERARDO CONTRERAS; and JOSE A. CONTRERAS<br>    *Plaintiffs,*<br><br>v.<br><br>CITY OF CORPUS CHRISTI, TEXAS PEDRO YBARRA, *Individually*; LONNIE JACKSON, *Individually*; PHILIP MARTINEZ, *Individually*; JERRY LOCKHART, *Individually*; DANA ROBBINS, *Individually*; JOHN/JANE DOE #6, *Individually*; JOHN/JANE DOE #7, Individually; AND JOHN/JANE DOE #8, Individually<br>    *Defendants* | § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO: 2:19-cv-00133<br>JURY TRIAL |

### AFFIDAVIT OF OFFICER JERRY LOCKHART

I, Jerry Lockhart, a former Police Officer for the City of Corpus Christi Police Department, being duly sworn on oath, state as follows:

1. "I am a retired Senior Police Officer, previously employed by the City of Corpus Christi Police Department. I was a police officer employed by CCPD for approximately 21 years. My hire date was January 12, 1998.

2. "I have had training through the Corpus Christi Police Academy and through the Field Training Officer (FTO) program. I also received training throughout the years by working with other officers, and continuing education."

3. "On March 22, 2018, at approximately 3:23am Senior Officer Martinez and I received a call from dispatch regarding a disturbance with a male outside the house knocking on the door."

4. "Officer Ybarra and Officer Robbins arrived on the scene and I heard over the radio there was a disturbance and the individual had a weapon."

5. "I responded to 2917 Masterson Drive in Corpus Christi, Texas, where dispatch informed me the incident was occurring."

6. "Upon arrival, Mr. Contreras was observed on a porch, and Officers Ybarra and Robbins were attempting to handcuff Mr. Contreras, but he was resisting and they were engaged in a struggle."

7. "I took Officer Robbins' rifle from her as it was restricting her movements in trying to handcuff Mr. Contreras. Officer Ybarra then handed his rifle to Officer Martinez. Officer Martinez then handed Officer Ybarra's rifle to me, and the struggle continued."

8. "I witnessed Officer Martinez assist in trying to keep Mr. Contreras down on the ground by using his foot on Mr. Contreras' buttocks or hip area."

9. "I heard Officer Dana Robbins tase Mr. Contreras to gain compliance, but I did not see her tase him."

10. "Ultimately, one of the officers was able to get Mr. Contreras' arm behind his back and they were able to handcuff him."

11. "The medics then approached and dragged the suspect away from the door and started to initiate care."

12. "I did not personally, nor did I hear another Officer, make any statement like 'got him good' during the incident."

13. "I did not witness any CCPD Police Officer step on or strike Mr. Contreras' head."

14. "I was placed on administrative leave as a result of the incident, and complied with all requirements and requests pursuant to the CCPD internal affairs investigation."

*Affidavit of Officer Jerry Lockhart*

15. "I believe the force utilized was reasonable, necessary and in compliance with Corpus Christi Police Department policies."

16. "I, former Officer Jerry Lockhart, hereby swear under oath that the information set forth in this affidavit is true and correct to the best of my knowledge, information and belief, and that I make this oath under the penalty of perjury."

*Jerry E. Lockhart*
Affiant

Personally, appeared before me the above-named Jerry Lockhart and made oath as to the truth of the foregoing affidavit signed by Jerry Lockhart.

Signed and sworn before me this __15th__ day of __January__, 2020.

*Laura Garcia*
Notary Public, State of Texas

LAURA GARCIA
Notary Public, State of Texas
Comm. Expires 03-11-2023
Notary ID 12852120-5