IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARIA D. CONTRERAS, *as Representative of the* ESTATE OF GERARDO CONTRERAS; and JOSE A. CONTRERAS | § § § § § |
| v. | § § CIVIL ACTION NO: 2:19-cv-00133 § JURY TRIAL |
| CITY OF CORPUS CHRISTI, TEXAS; PEDRO YBARRA, *Individually*; LONNIE JACKSON, *Individually*; PHILIP MARTINEZ, *Individually*; JERRY LOCKHART, *Individually*; DANA ROBBINS, *Individually*; JOHN/JANE DOE #6, *Individually*; JOHN/JANE DOE #7, *Individually*; and JOHN/JANE DOE #8, *Individually* | § § § § § § § § § |

**PLAINTIFFS' OPPOSED STIPULATION OF DISMISSAL OF ESTATE CLAIMS**

**TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:**

**NOW COME** Plaintiffs, Maria D. Contreras, *as Representative of the* Estate of Gerardo Contreras, and Jose A. Contreras, filing this, their *Plaintiffs' Opposed Stipulation of Dismissal of Estate Claims*, showing unto this honorable Court as follows:

1. On May 8, 2019, Plaintiffs – the father of Gerardo Contreras and the Estate of Gerardo Contreras – filed their *Plaintiffs' Original Complaint*, wherein Plaintiffs brought claims associated with the death of Gerardo Contreras (hereinafter "Mr. Contreras") against the City of Corpus Christi, Texas (hereinafter "City") and several "John/Jane Does" for violations of 42 U.S.C.S. §1983 (excessive force and/or medical indifference) and 42 U.S.C. §12102 (failure to accommodate a disability).

2. Prior to this case being filed, it was understood by the undersigned that the deceased, Gerardo Contreras (hereinafter "Gerardo"), had fathered no children and that that his mother was deceased. Accordingly, it was believed that Gerardo's "estate" would consist only of his living

father, Jose A. Contreras – the only true Plaintiff in this case.

3. During recent negotiations concerning settlement of this matter, it came to the undersigned's attention that Gerardo did in-fact have children and that because of the existence of those potential parties/heirs (whom the undersigned counsel do not represent), the undersigned could not proceed with the estate claims.

4. Based on such, Plaintiffs move to dismiss the claims of Maria D. Contreras, *as Representative of the* Estate of Gerardo Contreras ("The Estate"), against all defendants in this case.

5. Defendants, who have all filed an answer, oppose such dismissal.

6. This case is not a class action and a receiver has not been appointed.

7. This action is not governed by any statute of the United States that requires an order of the Court for dismissal of this cause.

8. Said Plaintiffs have not dismissed an action based on or including the same claim or claims as those presented in this suit.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs pray that the Court dismisses The Estate's claims against all Defendants, without prejudice and grant all further relief, either at law or equity, to which Plaintiffs may be justly entitled.

Respectfully submitted,

GALE LAW GROUP, PLLC
711 N. Carancahua St., Suite 514
Corpus Christi, Texas 78401
Mailing Address:
P.O. Box 2591
Corpus Christi, Texas 78403
Telephone: (361)808-4444
Telecopier: (361)232-4139

By: /s/ *Christopher J. Gale*
Christopher J. Gale
Southern District Bar No. 27257
Texas Bar No. 00793766

Email: Chris@GaleLawGroup.com  
*Attorney-In-Charge for Plaintiff*

By: */s/ Amie Augenstein*  
Amie Augenstein  
Southern District Bar No. 2236723  
Texas Bar No: 24085184  
Email: Amie@GaleLawGroup.com  
*Attorney for Plaintiff*

## CERTIFICATE OF CONFERENCE

The undersigned counsel hereby certifies that he conferred with counsel for Defendants and that counsel for Defendant City of Corpus is opposed and that based on a lack of response from counsel for the individual defendants, they are assumed to be opposed as well.

*/s/ Christopher J. Gale*  
Christopher J. Gale

## NOTICE OF ELECTRONIC FILING

The undersigned counsel hereby certifies that he has electronically submitted for filing a true and correct copy of the above and foregoing in accordance with the Electronic Case Files System of the Southern District of Texas on the 1st day of June, 2020.

*/s/ Christopher J. Gale*  
Christopher J. Gale

## CERTIFICATE OF SERVICE

I hereby certify that on this the 1st day of June, 2020, the above and foregoing was sent to the following counsel of record by the means indicated below:

| | |
|---|---|
| Lilia K. Castro<br>Assistant City Attorney<br>City of Corpus Christi-Law Department<br>P. O. Box 9277<br>Corpus Christi, Texas 78469-9277 | *Via E-File Notification* |
| John B. Martinez<br>Marion M. Reilly<br>Jessica J. Pritchett<br>HILLIARD MARTINEZ GONZALES, LLP<br>719 South Shoreline Blvd.<br>Corpus Christi, Texas 78401 | *Via E-File Notification*<br>*Via E-File Notification*<br>*Via E-File Notification* |

*/s/ Christopher J. Gale*  
Christopher J. Gale