UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARIA CONTRERAS, *et al.*, | § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 2:19-CV-133 |
| CITY OF CORPUS CHRISTI, *et al.*, | § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Defendants' two-part joint motion to (i) vacate the Court's October 7, 2020 order and (ii) for dismissal and judgment on the pleadings pursuant to Federal Rules of Civil Procedure 12(b)(1), (6), (7), 12(c), and 17(a)(3). (D.E. 82). Plaintiffs had until November 4, 2020 to file a response. No response has been filed. According to Local Rule 7.4, "[f]ailure to respond to a motion will be taken as a representation of no opposition." Therefore, the Court construes Defendants' joint motion (D.E. 82) as unopposed pursuant to Local Rule 7.4. As such, the Court **ORDERS**:

(1) Defendants' two-part joint motion is **GRANTED in full**. (D.E. 82).

   a. Part one being that this Court's October 7, 2020 order is **VACATED** (D.E. 80).

   b. Part two being that Defendants' joint motion for dismissal and judgment on the pleadings pursuant to Federal Rules of Civil Procedure 12(b)(1), (6), (7), 12(c), and 17(a)(3) is **GRANTED**.

(2) Plaintiffs' live complaint (D.E. 66) is **DISMISSED**.

A final judgment will follow this order.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
December 10, 2020

1 / 1