UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARIA CONTRERAS, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:19-CV-133 |
| | § | |
| CITY OF CORPUS CHRISTI, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the Court's order granting Defendants' joint motion to (i) vacate the Court's October 7, 2020 order and (ii) for dismissal and judgment on the pleadings pursuant to Federal Rules of Civil Procedure 12(b)(1), (6), (7), 12(c), and 17(a)(3) (D.E. 82; D.E. 83), the Court enters final judgment dismissing all claims against Defendants in this cause. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
December 10, 2020